IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00060-WDM-MEH

TACTICAL SOLUTIONS, LLC,
a Missouri limited liability company,

      Plaintiffs,

v.

OFUS CORPORATION, a Colorado corporation,
NOCTURNAL DEVICES, LLC, a Colorado limited liability company,
MICHAEL C. LAGANAS, and
ELAINE CHARLES LAGANAS,

      Defendants.

## ORDER GRANTING WITHDRAWAL OF COUNSEL

**Entered by Michael E. Hegarty, United States Magistrate Judge.**

Before the Court is the request for withdrawal filed by Soumitra Deka (Docket #33). Mr. Deka seeks to withdraw as an attorney for Defendants. Other counsel appear of record on behalf of the Defendants, and therefore, the Defendants will not be unrepresented upon the withdrawal of Mr. Deka.

Accordingly, while the request is not in technical compliance with D.C.COLO.LCivR 83.3.D, since it contains no warning to the Defendants concerning responsibility for complying with all court orders and time limitations established by any applicable rules, based upon entry of appearance of other counsel for the Defendants, such a warning is not necessary. Further, the request fails to indicate the position of the Plaintiff in this regard, under D.C.COLO.LCivR 7.1.A, but because counsel remains of record for the Defendants, no prejudice or undue burden appears of record.

2

Accordingly, it is hereby ORDERED that the request for Withdrawal of Appearance by Soumitra Deka [Filed April 12, 2007; Docket #33] is **granted**. Soumitra Deka is hereby permitted to withdraw as attorney for the Defendants and shall have no further responsibility for representation of the Defendants.

Dated at Denver, Colorado, this 16th day of April, 2007.

BY THE COURT:

s/ Michael E. Hegarty
Michael E. Hegarty
United States Magistrate Judge