IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 07-cv-00060-WDM-MEH

TACTICAL SOLUTIONS, LLC.

    Plaintiff,

v.

OFUS CORPORATION, et al.,

    Defendants.

## NOTICE OF DISMISSAL

The court takes judicial notice that the parties have filed a Motion for Entry of Stipulated Order of Dismissal in accordance with Fed. R. Civ. P. 41(a)(1). Accordingly, the complaint is dismissed with prejudice, each party to pay his or its own costs and attorneys' fees.

DATED at Denver, Colorado, on June 26, 2007.

                        BY THE COURT:

                        s/ Walker D. Miller
                        United States District Judge